BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-3-05-70943 MAG |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S MOTION AND [PROPOSED] ORDER GRANTING MOTION FOR MODIFICATIONS TO RELEASE BOND |
| v. | ) | |
| JESUS LOZANO, | ) | |
| Defendant. | ) | |

On November 22, 2005, this Court released defendant Jesus on a personal recognizance bond secured by his brother Adam Lozano's property at 1831 Bella Vista Road in Santa Rosa, California. The bond specified that Mr. Lozano post this property on or before November 30, 2005.

On November 28, 2005, a deed of trust and obligation were prepared and sent to Adam Lozano for his notarized signature. The deed of trust and obligation were signed and notarized on November 29, 2005 and returned to the Federal Defender's Office by overnight mail. *See Exhibit A.* The forms were presented to the Financial Division of the Clerk's Office on November 30, 2005.

The Clerk's Office has informed undersigned counsel that the forms are unacceptable

because (1) they do not reflect the recording of the deed with the Sonoma County Recorder's Office, and (2) both Adam Lozano and his wife have signed the deed of trust, but only Adam is listed as a surety on the bond form.

Accordingly, Mr. Lozano respectfully moves the Court to modify the conditions of the release bond as follows: Mr. Adam Lozano shall post the property at 1831 Bella Vista Road as security for the bond on or before December 2, 2005. Additionally, the bond shall specify that Mrs. Rasamimaan Lozano, having signed the deed of trust to be lodged with the recorder's office, shall appear for bond signing on December 7, 2005 at 9:30 AM. Finally, the government having notified the Court that Mr. Lozano's appearance in Medford, Oregon has been scheduled for December 5, 2005, *see Exhibit B*, the bond shall be modified to require his appearance on or before that date.

Dated: November 30, 2005

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

JOSH COHEN
Assistant Federal Public Defender

**ORDER**

Accordingly, and for good cause shown, the defendant's conditions of release are hereby modified as follows: (1) The deadline for the posting of the property at 1831 Bella Vista Road shall be extended to December 2, 2005; (2) Ms. Rasamimaan Lozano shall appear for bond signing on December 7, 2005 at 9:30 AM, unless this Court directs otherwise; and (3) the

///

///

///

1  defendant shall appear in federal district court in Medford, Oregon at 1:30 PM on December 5,
2  2005 before the Honorable Magistrate Judge Cooney.
3      IT IS SO ORDERED.

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE